

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, NY 10007*

September 30, 2022

**By ECF**
The Honorable Paul E. Davison
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRO[NICALL]Y FILED
DOC #:
DATE F[ILED:] 10/5/22
```

Re: *Caceres v. United States of America*, No. 21 Civ. 08582 (KMK) (PED)

Dear Judge Davison:

This Office represents the United States of America (the "Government") in the above-referenced medical malpractice action brought by Hernan Caceres, as Administrator of the Estate of Jose Daniel De Jesus Chavez Ramos, pursuant to the Federal Tort Claims Act. I write respectfully on behalf of both parties to request that the Court adjourn the case management conference currently scheduled for October 18, 2022, at 9:30am. The reason for this request is that discovery has been stayed in this matter pending the settlement conference scheduled before your Honor on November 2, 2022.

We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Elizabeth J. Kim*
ELIZABETH J. KIM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.

10/5/22